**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
_____
                                       :
DEBRA FRASER-HOWZE, in her             :    CIVIL ACTION
individual capacity and as             :
Administratrix of the Estate of        :
Barron J. Wright                       :
                                       :
     vs.                               :    NO. 06-1460
                                       :
THE MONROE COUNTY BUREAU OF            :
NARCOTICS INVESTIGATION OF THE         :
OFFICE OF ATTORNEY GENERAL,            :
et al.                                 :
_____:
```

**ORDER**

**AND NOW,** this 7th day of April, 2008, upon consideration of the Defendants' Motion in Limine (Dkt. No. 35) and the Response thereto, and following a Pretrial Conference in which all counsel participated regarding this Motion, it is hereby ORDERED that counsel have stipulated, and this Court approves the stipulation, that neither Plaintiff's experts Cyril H. Wecht, M.D., J.D., Andrew G. Verzilli, Ph.D. and Andrew C. Verzilli, M.B.A., nor Defendants' expert, Emanuel Kapelsohn, Esquire, may testify concerning a legal conclusion that the force used in this case was excessive force.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE