IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBRA FRASER-HOWZE
in her individual capacity and :
as Administratrix of the Estate
of Barron J. Wright :

vs. : CIVIL ACTION NO. 06-1460

AGENT JEFFREY P. ASTER, in
his Individual and Official
Capacities,

O R D E R

AND NOW, this 17th day of April, 2008, in accordance with the verdict of the jury, IT IS ORDERED that judgment is ENTERED in favor of the Defendant, Agent Jeffrey P. Aster, in his Official and Individual Capacities and against the Plaintiff, Debra Fraser-Howze, in her individual capacity and as Administratrix of the Estate of Barron J. Wright.

The clerk is directed to close the docket for statistical purposes.

BY THE COURT:

/ss/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge